# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| LINDA NOURI, | Case No. 1:22-cv-317 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| STATE OF OHIO, *et al.*, | |
| Defendants. | |

## ORDER AND OPINION

This *pro se* action was transferred to this Court on June 3, 2022 by the *sua sponte* action of Magistrate Judge Chelsey M. Vascura. (Doc. 2.) On August 22, 2022, Plaintiff filed an Amended Complaint removing the State of Ohio and the Hamilton County Court of Common Pleas as Defendants and adding Hamilton County Recorder Scott Cawley, Magistrate Judge Thomas Beridon, and Ohio Attorney General David Yost as Defendants. (Doc. 22.) Now, Defendant David Yost seeks to dismiss the claims against him pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6). (Doc. 22.) Similarly, Defendants Magistrate Judge Anita Berding, Magistrate Judge Thomas Beridon, Scott Crowley, and Judge Terry Nestor seek to dismiss all claims against them pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. 21.) Defendants' motions, if granted, would be dispositive of all of Plaintiff's claims against Defendants.

Local Rule 7.2(a)(2) provides that a memorandum in opposition "shall be filed within twenty-one (21) days after the date of service of the motion." S.D. Ohio Civ. R.

7.2(a)(2). Although more than 21 days have passed since the date of service of the Defendants' motions, Plaintiff has not filed any response.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, within 21 days of this Order, why Defendants' motions to dismiss (Docs. 21, 22) should not be construed as unopposed and granted for the reasons stated. Plaintiff may alternatively satisfy the requirements of this Order by filing responsive memoranda to Defendants' motions within 21 days of this Order.

Failure to timely comply with this Order will result in an order that the pending motions be granted.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND