OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

CERTIFIED MAIL

7017 1450 0000 3217 9184

RECEIVED
DEC 28 2022
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

ZIP 45202 $007.82
0000343849 NOV 22 2022

Linda Nouri
4921 N. Arbor Woods Ct.
#304
Cincinnati, OH 45248

NIXIE          439  DE 1         0012/25/22
            RETURN TO SENDER
                UNCLAIMED
            UNABLE TO FORWARD

BC: 45202397699       *1715-01477-22-37

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Linda Nouri #304
4921 N. Arbor Woods Ct.
Cincinnati, OH 45248
22cv317

9590 9402 2391 6249 5147 12

2. Article Number (Transfer from service label)

7017 1450 0000 3217 9184

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt