UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LINDA NOURI, | : |
| *Plaintiff*, | : |
| v. | : Case No. 1:22-cv-317 |
| STATE OF OHIO, *et al.*, | : Judge Jeffery P. Hopkins |
| OHIO ATTORNEY GENERAL DAVID ANTHONY YOST, | : |
| *Defendants*. | : |

## JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.**      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**      This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**      This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED** that pursuant to the January 29, 2024 Order, the Magistrate Judge's November 7, 2023 Report and Recommendation is **ADOPTED** in its entirety. This case shall be **TERMINATED** from the docket of this Court.

Dated: January 29, 2024

Richard W. Nagel, Clerk of Court
By: /s Karli Colyer
Deputy Clerk